IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAHMYA LATRICE BROWN,<br><br>Defendant. | CR 25-34-BU-DLC<br><br>ORDER |

Defendant has filed an unopposed motion to appear remotely at her arraignment on February 19, 2026. (Doc. 96). Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion to appear remotely is GRANTED. Counsel may appear via Zoom at her arraignment on February 19, 2026 at 1:30 p.m. MST. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. **Zoom Guidance and Setup available at:** https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 5th day of February, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1