# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-34-BU-DLC-05 |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND RESERVING JURISDICTION |
| vs. | |
| KAHMYA LATRICE BROWN, | |
| Defendant. | |

The United States moves to dismiss the indictment against Defendant Kahmya Latrice Brown (counts 1, 2, 10-16, and the forfeiture allegation) in this case without prejudice.  The defendant does not oppose.

NOW THEREFORE IT IS HEREBY ORDERED that the motion is GRANTED.  The indictment against Defendant Kahmya Latrice Brown (counts 1, 2, 10-16, and the forfeiture allegation) in this matter is DISMISSED without prejudice.  All outstanding motions are denied as moot.  The trial and all deadlines are vacated.  The Court reserves jurisdiction to rule on a motion regarding the expungement of the FBI fingerprint record.

ORDERED this 4th day of June, 2026.

_____
Hon. Dana L. Christensen
United States District Court Judge